UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
SEP 29 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 5:25-cr-118-KKC
18 U.S.C. § 111(a) and (b)

BRIAN KEITH HELM

* * * * *

THE UNITED STATES ATTORNEY CHARGES:

On or about June 12, 2025, in Fayette County, in the Eastern District of Kentucky,

**BRIAN KEITH HELM**

did voluntarily and intentionally forcibly assault, resist, oppose and interfere with R.F., a Veterans Administration Police Officer, causing him bodily injury, while R.F. was engaged in the performance of his official duties, all in violation of 18 U.S.C. § 111(a) and (b).

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

        **If physical contact:** Not more than 8 years imprisonment, $250,000 fine, and not more than 3 years supervised release.

        **Inflicts bodily injury:** Not more than 20 years imprisonment, $250,000 fine, and not more than 3 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.

**PLUS:**     Forfeiture of listed items, if applicable.